UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DROESCH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 20-cv-06751-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the Initial Case Management Conference on January 7, 2021, the Court adopts the following schedule:

| | |
|---|---|
| Amended Complaint Due: | February 5, 2021 |
| Motion for Conditional Certification Due: | March 1, 2021 |
| Opposition to Motion for Conditional Certification Due: | April 8, 2021 |
| Reply to Motion for Conditional Certification Due: | April 22, 2021 |
| Hearing on Motion for Conditional Certification: | May 13, 2021 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: January 8, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge