UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DROESCH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 20-cv-06751-JSC<br><br>**ORDER RE: HEARING ON DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**<br><br>Re: Dkt. No. 153 |

Now pending before the Court is Defendant's motion for a protective order. (Dkt. No. 153.) After reviewing the papers, the Court concludes oral argument might be helpful and schedules a hearing for March 30, 2023 at 9:00 a.m. via Zoom video. On or before March 27, 2023, the parties shall submit a joint statement on the status of the response to the Court's order at Docket No. 155.

**IT IS SO ORDERED.**

Dated: March 8, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge