UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DROESCH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No.  3:20-cv-06751-JSC<br><br>**PRETRIAL ORDER NO. 2: CLASS CERTIFICATION SCHEDULE** |

Upon review of the parties' joint case management conference statement (Dkt. No. 206), and as discussed at the December 7, 2023 case management conference, the Court sets the following case schedule through class certification.

| | |
|---|---|
| Wells Fargo Data Production: | February 20, 2024 |
| Class Certification Motion Due: | May 1, 2024 |
| Deadline for Deposition of Plaintiffs' Class Certification Expert(s): | May 23, 2024 |
| Class Certification Opposition Due: | June 14, 2024 |
| Deadline for Deposition of Defendant's Class Certification Expert(s): | July 3, 2024 |
| Class Certification Reply: | July 11, 2024 |
| Class Certification Hearing: | August 8, 2024, at 10:00 in person |

The Court sets a further Case Management Conference for March 21, 2024 at 1:30 p.m. via Zoom video.  An updated joint case management conference statement is due March 14, 2024.

**IT IS SO ORDERED**.

Dated:  December 7, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge