**MUNGER, TOLLES & OLSON LLP**
MARTIN D. BERN (State Bar No. 153203)
DAVID W. MORESHEAD (State Bar No. 305362)
CAROLINE C. LITTEN (State Bar No. 329449)
JESSICA O. LAIRD (State Bar No. 331713)
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Email: martin.bern@mto.com
Email: david.moreshead@mto.com
Email: carrie.litten@mto.com
Email: jessica.laird@mto.com

Attorneys for Defendant WELLS FARGO BANK, N.A.

**CHRISTINA HUMPHREY LAW, P.C.**
Christina A. Humphrey (SBN 226326)
Robert N. Fisher (SBN 302919)
1117 State Street
Santa Barbara, CA 93101
Telephone: (805) 618-2934
Email: christina@chumphreylaw.com
Email: rob@chumphreylaw.com

Attorneys for Plaintiff Denise Droesch, Shakara Thompson, Kyonna Harrison, and other individuals similarly situated.

[Additional Counsel on following page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DROESCH and SHAKARA THOMPSON and KYONNA HARRISON, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., a United States Corporation, and DOES 1 - 100, Inclusive,<br>　　　　Defendants. | **Case No. 3:20-cv-06751-JSC**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:　Hon. Jacqueline Scott Corley<br>Date:　March 21, 2024<br>Time:　1:30 p.m.<br><br>Courtroom: E<br>Complaint Filed: Sep. 28, 2020 |

**QUINTILONE & ASSOCIATES**
RICHARD E. QUINTILONE, II (SBN 200995)
22974 El Toro Road, Suite 100
Lake Forest, CA 92630
Telephone: (949) 458-9675
Facsimile: (949) 458-9679
Email: req@quintlaw.com

**GESSNERLAW, PLLC**
L. Michelle Gessner (Appearance Pro Hac Vice)
602 East Morehead Street
Charlotte, North Carolina 28202
Telephone: (844) 437-7634
Email: michelle@mgessnerlaw.com

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley (SBN 174156)
Kiley L. Grombacher (SBN 245960)
Corey S. Smith (SBN 312002)
31365 Oak Crest Dr., Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
Email:  mbradley@bradleygrombacher.com
Email:  kgrombacher@bradleygrombacher.com
Email:  csmith@bradleygrombacher.com

Attorneys for Plaintiff Denise Droesch,
Shakara Thompson, Kyonna Harrison,
and other individuals similarly situated

Pursuant to the Court's Order dated December 7, 2023, the parties hereby submit the following Joint Case Management Statement in advance of the Further Case Management Conference that is scheduled for March 21, 2024, at 1:30 p.m.

## I.     CASE STATUS

On December 7, 2023, the Court held a Case Management Conference and discussed the status of the matter with the Parties. Later that day, the Court entered its Pretrial Order No. 2: Class Certification Schedule. (ECF No. 208.) As described below, the Parties have complied with the schedule as ordered.

## II.    DECERTIFICATION OF THE FLSA COLLECTIVE

On November 9, 2023, pursuant to the joint stipulation of the parties, the Court decertified the conditionally certified Fair Labor Standards Act ("FLSA") collective, dismissed the claims of the opt-in FLSA plaintiffs without prejudice, and ordered Plaintiffs' counsel to provide notice of the dismissal to the opt-in plaintiffs. (ECF No. 205.) On November 16, 2023, counsel for Plaintiffs provided notice to the opt-in plaintiffs of the dismissal of their claims. As required by the Court's Order, Plaintiffs' counsel filed a declaration with the Court on January 16, 2024, describing the notice provided to the opt-in plaintiffs and all efforts made to obtain new address(es) and re-send notices to opt-in plaintiffs. (ECF No. 209.)

## III.   PRODUCTION OF ADDITIONAL DATA

On October 27, 2023, the Court ordered Wells Fargo to provide employee data for a 100-person set of putative class members. On December 3, 2023, Plaintiffs' counsel provided Wells Fargo with the 100-person set of employee identification numbers for which Plaintiffs sought employee data. Pursuant to the Court's Order dated December 7, 2023, Wells Fargo produced the employee data on February 20, 2024.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

///

| | | |
|---|---|---|
| 1 | DATED: March 14, 2024 | **BRADLEY/GROMBACHER, LLP** |
| 2 | | |
| 3 | | By: ____/s/ *Corey Smith*____ |
| 4 | | MARCUS J. BRADLEY |
| | | COREY S. SMITH |
| 5 | | Attorneys for Plaintiffs |

DATED: March 14, 2024          **MUNGER, TOLLES & OLSON LLP**

By: ____/s/ *David Moreshead*____
MARTIN D. BERN
DAVID W. MORESHEAD
CAROLINE C. LITTEN
JESSICA O. LAIRD
Attorneys for Defendant
WELLS FARGO BANK, N.A.