UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE DROESCH and SHAKARA THOMPSON and KYONNA HARRISON, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A., a United States Corporation, and DOES 1 - 100, Inclusive,<br><br>      Defendants. | Case No. 3:20-cv-06751-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE<br><br>Judge:   Hon. Jacqueline Scott Corley<br><br>Courtroom: E<br>Complaint Filed: Sep. 28, 2020 |

1     Pursuant to the joint stipulation of the parties, IT IS HEREBY ORDERED that any and all causes of action and claims for relief in this matter made by Plaintiffs DENISE DROESCH and SHAKARA THOMPSON and KYONNA HARRISON, individually, and on behalf of all others similarly situated are hereby dismissed without Prejudice.

    The Court, finding that all claims made in the Complaint filed in this matter have been dismissed, hereby further ORDERS that this case shall be closed. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 1, 2025

_____
Hon. Jacqueline Scott Corley
United States District Court Judge